UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) SAMUEL FONSECA, and<br>(2) ELIJAH MELTON<br><br>Defendants. | Case No. 22-CR-10356-LTS |

## MOTION TO WITHDRAW AS COUNSEL

The United States respectfully moves this Court to authorize the withdrawal of Assistant United States Attorney Kaitlin O'Donnell as counsel on behalf of the government in this matter. In support of this motion, the government states that Assistant United States Attorney Leah B. Foley has filed an appearance and will be lead counsel in this matter.

Wherefore, the government respectfully requests that the Court allow this motion.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: */s/ Kaitlin R. O'Donnell*
KAITLIN R. O'DONNELL
Assistant United States Attorney

1

## <u>Certificate of Service</u>

I hereby certify that this document was filed through the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF).

By: */s/ Kaitlin R. O'Donnell*
KAITLIN R. O'DONNELL
Assistant United States Attorney