**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **Crim. No. 22 CR 10356** |
| v. | ) | |
| | ) | |
| ELIJAH MELTON | ) | |
| | ) | |

**STATUS REPORT**

COMES NOW Defendant Elijah Melton, by and through his attorney, Beau B. Brindley, and provides the following status report:

The undersigned certifies that defendant was mailed the following: a copy of Motion for Conflict of Interest as to Elijah Melton with the attached exhibits Dkt. No. 183, a copy of the docket reflecting the electronic order issued by the Court Order Dkt. No. 184, as well as the Response Motion to the Conflict Interest with attached exhibit Dkt. No. 189.

The undersigned has spoken with the defendant who confirms he is in receipt of the items.

WHEREFORE, counsel for Mr. Melton provides the above status report.

Respectfully submitted,

s/Beau B. Brindley

Attorney for Elijah Melton

LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois 60604
(312) 765-8878

1