**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES | ) |
| Plaintiff, | ) |
| | ) Crim. No. 22-CR-10356-LTS |
| v. | ) |
| | ) Hon. Leo T. Sorokin |
| SAMUEL FONSECA and | ) |
| ELIJAH MELTON, | ) |
| Defendants. | ) |

## <u>EMERGENCY MOTION TO CONTINUE</u>

COMES NOW Defendant Elijah Melton, by and through counsel, Beau B. Brindley, and hereby moves this Honorable Court to continue the June 11 2025 hearing on conflicts of interest. In support, he states the following:

On June 10, 2025, the undersigned was evaluated regarding ongoing asthmatic reaction to RSV. The undersigned has been undergoing daily albuterol breathing treatments every two hours for the past week in order to maintain proper respiration. While the undersigned has improved, doctors still indicate that the treatments must continue and that no travel will be permitted for another 7 days. They are confident that, after that time, the undersigned will be able to resume travel and lengthy court appearances.

In light of the immediate need for this motion, the undersigned has not had the opportunity to contact government counsel, but under the circumstances, he does not expect an objection to a one week continuance to June 19 or 20 if those dates are available to the Court.

WHEREFORE Defendant Elijah Melton respectfully requests that this Honorable Court continue the hearing on conflicts of interest by 7 days to June 19 or June 20 so defense counsel can be present.

1

Respectfully submitted,

By: /s/ Beau B. Brindley
Attorney for Elijah Melton

LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Boulevard
Suite 1410
Chicago, Illinois 60604
(312) 765-8878

2

## Certificate of Service

The undersigned, an attorney, certifies that he caused a true and correct copy of the attached petition to be served upon the government by electronically serving it through the CM/ECF system on June 10, 2025.

By: /s/ Beau B. Brindley

LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois  60604
(312) 765-8878

3