# Exhibit 2

From:
05ade9a14e40fce2e43f869201528d1e3d6931219974be38151607d39b26274453
James Jackson

Four of those boys, mickeys will come which are boys

10/20/2023 9:58:37 PM(UTC+0)

From:
05ade9a14e40fce2e43f869201528d1e3d6931219974be38151607d39b2
6274453 James Jackson

And first time I'll send at least 32 girls

10/20/2023 9:58:45 PM(UTC+0)

From:
05ade9a14e40fce2e43f869201528d1e3d6931219974be38151607d39b26274453
James Jackson

And they will be over 300 pounds of weed. All good shit.

10/20/2023 9:58:59 PM(UTC+0)

From: 05ade9a14e40fce2e43f869201528d1e3d6931219974be38151607d39b26274453 James Jackson

And this will only be the start if we do good make everything quick will be right back
consistently month after month week after week I also get as much cash as you can for the
initial load faster money goes back. The faster stuff comes we can build a cold team.

10/20/2023 10:03:51 PM(UTC+0)

From: 05ade9a14e40fce2e43f869201528d1e3d6931219974be38151607d39b26274453 James Jackson

I'm also sending a couple pounds of Callie snow diamond infused is the best weed on the
market and we are the leaders of it but the crazy thing since we came out there's a bunch of
copycat but they said they got is not like ours

10/20/2023 10:04:58 PM(UTC+0)

From:
0587a942ccb9273367d026611f33df001c99c277a8f1c1a25a4b4cf4c51a26f
81b Travis (owner)

What do u think I can do with the mickeys tho

10/20/2023 10:44:08 PM(UTC+0)

From:
0587a942ccb9273367d026611f33df001c99c277a8f1c1a25a4b4cf4c51
a26f81b Travis (owner)

My bad had to take my daughter bath

10/20/2023 10:44:28 PM(UTC+0)

1788

From:
05ade9a14e40fce2e43f869201528d1e3d6931219974be38151607d39
b26274453 James Jackson

You'll have to tell me once you get them

10/20/2023 10:44:34 PM(UTC+0)

From:
05ade9a14e40fce2e43f869201528d1e3d6931219974be38151607d39
b26274453 James Jackson

I can't speak for your market

10/20/2023 10:44:41 PM(UTC+0)

From:
05ade9a14e40fce2e43f869201528d1e3d6931219974be38151607d39
b26274453 James Jackson

All well

10/20/2023 10:44:55 PM(UTC+0)

From: 0587a942ccb9273367d026611f33df001c99c277a8f1c1a25a4b4cf4c51a26f81b
Travis (owner)

Ok bet and yea na gotcha the initial is the boy and girl right

10/20/2023 10:45:47 PM(UTC+0)



From: 0587a942ccb9273367d026611f33df001c99c277a8f1c1a25a4b4cf4c51a26f81b Travis (owner)

And  the snow diamond  what's the prices on the weeds so I can try and server my uncle
instead of

10/20/2023 10:46:28 PM(UTC+0)

From:
0587a942ccb9273367d026611f33df001c99c277a8f1c1a25a4b4cf4c51
a26f81b Travis (owner)

Him giving it to me

10/20/2023 10:46:40 PM(UTC+0)

From:
05ade9a14e40fce2e43f869201528d1e3d6931219974be38151607d39
b26274453 James Jackson

I will get a price list

10/20/2023 11:22:11 PM(UTC+0)