UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Case No. 22-CR-10356-LTS |
| | : | |
| SAMUEL FONSECA | : | |

## MOTION TO CONTINUE HEARING
## REGARDING MOTION TO WITHDRAW

Now comes Attorney John L. Calcagni III, Esq. and hereby moves this Court to continue

the above-referenced hearing set for November 4, 2025.  On Friday, October 31, 2025, counsel

moved to withdraw.  On Monday, November 3, 2025, the Court issued electronic notice of a

hearing date for November 4, 2025.  Counsel began a trial on Monday, November 3, 2025 in the

matter of *State of Rhode Island v. Jason Lopes*, Case No. P1-2021-0724A, pending in Rhode

Island Superior Court.   The defendant is charged with murder.   Trial is expected to last until, at

least, November 12, 2025.  Counsel asks that the hearing on his motion to withdraw be

reassigned to either the late afternoon of Monday, November 10, 2025, or the afternoon of

November 14, 2025, if in person, or any day, if permitted to occur remotely.  Counsel starts

another trial on November 18, 2025.

/s/ John L. Calcagni III, Esq
John L. Calcagni III (BBO# 657433)
Law Office of John L. Calcagni III, Inc.
72 Clifford Street, Suite 300
Providence, RI  02903
Phone: 401-351-5100
Fax: 401-351-5101
jc@calcagnilaw.com

## **CERTIFICATION**

  I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on November 3, 2025, to include Mr. Fonseca who was provided a copy.

         /s/ John L. Calcagni III, Esq
         John L. Calcagni III (BBO# 657433)