UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **United States of America** | No. 22-cr-10356-LTS |
| v. | |
| **Elijah Melton** | |

### DEFENDANT'S MOTION TO ALLOW NEW COUNSEL & FOR CONTINUANCE

Counsel has been instructed to file a motion on behalf of the defendant, Elijah Melton, requesting that he be allowed to retain new counsel, to be privately hired, and that the trial be continued.

Respectfully submitted,

ELIJAH MELTON
By his Attorney,

/s/ *Keith Halpern*
Keith Halpern, BBO # 545282
572 Washington Street, Suite 19
Wellesley, MA 02482
(617) 722-9952

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 19, 2026.

/s/ *Keith Halpern*